UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

*Salih Wasim Lutfi*                              *15450-021*

_____    _____

_____    _____

_____    _____

*(Enter above the full name of the plaintiff*      *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**                    **CIVIL ACTION NO.** *5:15-2065*
                              *(Number to be assigned by Court)*

*J. Fond*

*Officer Burdette*

*Ass. Warden Swain*

*Warden J. Coakley*

*(Enter above the full name of the defendant*
*or defendants in this action)*

**FILED**

FEB 23 2015

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## COMPLAINT

I.    **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same
        facts involved in this action or otherwise relating to your imprisonment?

                Yes ___✓___        No _____

1

B.    If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.    Parties to this previous lawsuit:

Plaintiffs:   _Salih W. Lutfi_

_____

_____

Defendants:   _Camden County Sheriff Dept._

_____

_____

2.    Court (if federal court, name the district; if state court, name the county):

_Woodbine Court House, Camden County_

3.    Docket Number:   _N/A_

4.    Name of judge to whom case was assigned:

_N/A_

5.    Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

_I filed it but did not pursue it._
_No!_

6.    Approximate date of filing lawsuit:   _Sometime in 2010_

7.    Approximate date of disposition:   _N/A_

**II.**   **Place of Present Confinement:** _Beckley F.C.I. P.O. Box 350 Beaver, WV 25813_

    **A.**   Is there a prisoner grievance procedure in this institution?

                Yes  ✓      No _____

    **B.**   Did you present the facts relating to your complaint in the ~~state~~ _Federal_ prisoner grievance procedure?

                Yes  ✓      No _____

    **C.**   If you answer is YES:

        **1.**   What steps did you take? _Notified Ass. Warden, Westcott, Surgery, Inspector General, Administrative Remedy Process, Mid-Atlantic Region_

        **2.**   What was the result? _NONE_

    **D.**   If your answer is NO, explain why not: _They don't care_

**III.**   **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

    **A.**   Name of Plaintiff: _Salih W. Lutfi #15450-071_

        Address: _F.C.I. Beckley P.O. Box 350 Beaver, WV 25813_

    **B.**   Additional Plaintiff(s) and Address(es): _____

        _N/A_

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Use item D for the names, positions, and places of employment of any additional defendants.)

C.  Defendant: _T. Ford_

is employed as: _officer_

at _F.C.I Beckley_

D.  Additional defendants: _Burdette (officer),_
_(Ass. Warden) Swain,_
_Warden T. Coakley_

## IV.  Statement of Claim

State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On Sept 07th, 2014 between 9:00 and 10:00 a.m. I was assaulted by officer T. Ford. All because I asked to speak to the Lt. on a day of cell moves. Earlier that morning I asked officer Caqwinski could I speak to the Lt. When officer Burdette and Harvey came later that morning I asked them the same thing, to be allowed to speak to the Lt. Burdette said "for what?" I explained that I had just moved a few days prior and officer Ball said that my 21 days started over. This move today would make my 4th move in two weeks. Harvey says "If I have to go get the Lt. Im writing you a shot for refusal." I said again, "I need to talk to the Lt."

4

**IV.   Statement of Claim (continued):**

So both of them left. I was being harassed with all these moves, no other inmate had been moved so much. Please check log books. So, Burdette and Harvey comes back with Lt. Phelps, off. Jones, Adkins, and J. Ford. Lt. Phelps says," why are you refusing to cuff up?" I said," I did not refuse to cuff up, I asked to speak to the Lt. and was never asked to cuff up." Lt. Phelps said," I'm giving you a direct order to cuff up." I complied and was cuffed, then my cell-mate Marcus Miller. We both stood in the back of the cell. The door opens and officer J. Ford rushes in and tells me to come here. Aggressively slapps his right hand around the back of my neck and jacks me up squeezing my neck very hard. He then violently

**V.    Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Officer J. Ford and Burdette should be fired. ~~This~~ ~~_____~~ ~~_____~~ ~~_____.~~

Ass. Warden Swain for this incident to be placed in her Employee conduct file perminantly.
                    –OR–

The 307 and 113 incident reports, Exspunged from my record and all rights restored.

**V.     Relief (continued)):**

_____

_____

_____

_____

_____

**VII.   Counsel**

   A.     If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____ N/A _____

   B.     Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

                    Yes _____       No ___✓___

   If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

   If not, state your reasons: _____ Don't know any _____

_____

   C.     Have you previously had a lawyer representing you in a civil action in this court?

                    Yes _____       No ___✓___

If so, state the lawyer's name and address:

_____

_____

Signed this _29th_ day of _December_ , 20_14_.

_(signature)_

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _12-29-14_ .
                        (Date)

_(signature)_

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

Continue: Statement of Claim                    (page 8)

pushes me out of the cell with his hand around the back of my neck. "Inmates are to be backed out of the cells." While he is squeezing my neck violently, pushing me down the Range. He says, "All you monkey's need to go back to Africa." I was in shock and afraid. I was placed in one of the barred strip cages, right across from the property room. Lt. Phelps and James came in the room as well. Lt. Phelps scolded me and I again tell him that I never refused to cuff up, because I wasn't asked to. I started the conversation when they came to the door. So, I'm being let out of the cage and S. Ford slaps the back of my head and says, "good boy." They all laugh.

I wrote a letter to Ass. Warden Swain about me being assaulted and asked her to please review the tapes from that morning. She said she would look into it. Week after week, I asked her did she review the tape. I received the same reply, "I'm looking into it." No results.

I notified my staff representative counselor Westcott after he reviewed the cameras he told the D.H.O. that "he didn't see any assault." I filed a sensitive BP-9 to Mid-Atlantic Regional. They said that, "this issue was not sensitive in nature and I raised to many issues." I wrote to the Inspector General and Director Samuels office as well.

I tried to refile and make separate complaints, but my unit team will not give me any of the requested forms. They are all working together. Our mail is held a week to 3 weeks past the post-marked dates.

Continued Statement of Claim          (pg 9.)

(2nd) Issue:

As Collateral Damage and retaliation officer Burdette lies on me and writes me two bogus incident reports (307, 113) This happens the very same morning of me being assaulted by officer J. Ford. Because I didn't know it at the time I asked officer Burdette what was J. Ford's name. Burdette also saw me talking to S.I.S. Sweeny around lunch time the same day. Burdette knows me, he was camp ore officer and I worked for him in the Barber shop. He knows I will file a grievance. So, he decides to beat me to the punch and write me two. But did not include the fact that I had a roommate Marcus Miller and that he was accompanied by Harvey. He also conveniently left out the fact that there was "use of force" used in his report.

The D.H.O. finds that the pills were in a constructive area and that Burdette should have written both inmates a shot. Burdette lies and says he found pills in a brown bag, ~~that~~ with commissary that had inmate Lutfi's name and regulation # on it. This is an obvious lie and shows his viciousness. Fact, there is no commissary purchased in the S.H.U. that comes with both inmates name and # on it. Not even, Either or! This was his vicious attempt to frame me.

So, I appealed it to Mid-Atlantic Regional. To date, never received a response. Later wrote them a letter asking what was going on with my appeal? Still nothing! I wrote the Inspector General, still nothing.

INCIDENT REPORT CDFRM

DEPARTMENT OF JUSTICE            FEDERAL BUREAU OF PRISONS

## Part I - Incident Report

Institution: **FCI BECKLEY, WV**

| 2. Inmate's Name Lutfi, Salih | 3. Register Number 15450-021 | 4. Date of Incident 09/7/2014 | 5. Time 9:45AM |
|---|---|---|---|
| 6. Place of Incident Z02-022UAD | 7. Assignment SHU Unassigned | 8. Unit Evergreen | |
| 9. Incident: Refusing an Order, Possession of any narcotics or related paraphernalia not prescribed for the individual by the medical staff | | 10. Prohibited Act Code(s): 307,113 | |

11. Description of Incident (Date: __09/7/2014__ Time: __9:45AM__ staff became aware of incident)

On the above date at approximately 9:45AM I Senior Officer Burdette was assigned SHU Recreation Officer. While conducting 21 day cell moves I approached cell B 22 and ordered Inmate Lutfi #15450-021 to cuff up so he could be moved and he refused. I ordered him a second time and he stated "I ain't cuffing up until I see Lt.". Once we contacted Operations Lt. and we moved Inmate Lutfi to his new housing assignment, I then conducted a search of his cell. While searching a brown bag with commissary that had Inmate Lutfi's name and regulation number on it. I found 2 pill bottles with the names torn from the labels. One bottle contained 15 800mg Ibuprofen tablets and the other contained 16 Fluoxetine 20mg capsules. I then contacted medical staff and they advised me that Inmate Lutfi was not prescribed either of the medications and he was not authorized to possess them. Operations Lt. was notified of the incident.

| 12. Typed Name/Signature of Reporting Employee T. Burdette/ | 13. Date And Time 09/7/2014   10:47AM |
|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) | 15. Date Incident Report Delivered 9/7/14 | 16. Time Incident Report Delivered 840pm |

## Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident Hes lying, name & register number wasn't on commissary bag.

| 18. A. It is the finding of the committee that you: ____ Committed the Prohibited Act as charged. ____ Did not Commit a Prohibited Act. ____ Committed Prohibited Act Code(s) _____ | B. ✓ The Committee is referring the Charge(s) to the DHO for further Hearing. C. The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days |
|---|---|

19. Committee Decision is Based on Specific Evidence as Follows: Based on the seriousness of the allegations, should you be found guilty greater sanctions are required then are available at the UDC level.

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act) DHo Discretion.

21. Date And Time Of Action 9/10/14   11  /A (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

| Chairman (Typed Name/Signature) | R. Hawkins Member (Typed Name) | Member (Typed Name) |
|---|---|---|

INSTRUCTIONS: All items outside heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

DISTRIBUTE: ORIGINAL-Central File record; COPY-1- DHO; COPY-2- Inmate After UDC Action; COPY-3- Inmate within 24 hours of Part I Preparation.

DOC

Prescribed by P5270          Replaces BP-S288.052 Of MAY 94

# JANUARY 2015 FCI BECKLEY SPECIAL HOUSING UNIT LIST
### FEDERAL CORRECTIONAL INSTITUTION BECKLEY, WEST VIRGINIA COMMISSARY ORDER FORM AND PRICE LIST
### PRICES SUBJECT TO CHANGE WITHOUT NOTICE. NO WRITE IN ITEMS WILL BE SOLD !!

NAME: *Salih W. Lutfi*    REG. NUMBER: *15450-021*    SHU CELL # : *B - 12*

---

**STAMPS: LIMIT $9.80  COMBINED**
_____ .01    _____ .05  *20*  .49    _____ .70

**SHOWER SHOES: LIMIT ONE (1) PAIR**
_____ .95 THONG V STRAP LARGE

**MISCELLANEOUS: LIMIT ONE (1) ITEM EACH**
_____ 1.40  8 ½ x 11 PAPER
_____ .45  SECURITY FLEXI PEN
_____ 1.75  LETTER ENVELOPE
_____ 4.10  DAILY MULTIPLE
_____ 1.80  Q-TIPS
_____ .20  LEGAL ENVELOPE

**PHARMACEUTICALS: LIMIT ONE (1) ITEM EACH**
_____ 2.75  IBUPROFEN 200 MG TB
_____ 2.35  NON-ASPIRIN PAIN RELIEVER
_____ 1.60  ANTIFUNGAL CREAM*
_____ 1.55  HYDROCORTISONE CREAM*
_____ 3.85  HEMORRHOID CREAM*
_____ 1.25  ALLERGY TABLETS 4 MG
_____ 2.60  MILK OF MAGNESIA*
_____ 5.15  VEGETABLE POWDER
_____ 3.55  ANTACID LIQUID*
_____ 1.85  NASAL SPRAY*
_____ 1.40  ASPIRIN 5 GRAM TABLET
_____ 2.60  HERITAGE FOOT POWDER*
_____ 3.05  PINK BISMUTH*
_____ 4.80  BACTRACIN ANTIBIOTIC CREAM*
_____ 4.20  NAPROXEN GENERIC ALEEVE

**BATTERIES WILL BE SOLD AND DELIVERED
EVERY WEEK MUST EXCHANGE OLD BATTERIES. LIMIT ( 1 )**
_____ 1.30    AA BATTERIES
XXXXXXXXXXXXXXXXXXXXXX
_____ 1.30    AAA BATTERIES

**RADIOS REQUIRE AUTHORIZATION FROM THE SHU LT. AND UNIT
TEAM PRIOR TO DELIVERY TO SHU.**
_____ 41.75  SONY DIGITAL RADIO
_____ 24.70  GPX DIGITAL RADIO
_____ 5.60  KOSS REPLACEMENT EAR BUDS

**HAIR CARE: LIMIT ONE EACH, TWO (2) ITEMS TOTAL**
_____ .95  OCEAN CLEAR SHAMPOO*
_____ .95  OCEAN CLEAR ANTI-DANDRUFF SHAMPOO*
_____ .50  POCKET BRUSH*

**DENTAL CARE: LIMIT ONE (1) ITEM EACH, TOTAL TWO (2)**
_____ 1.15  FRESH MINT CLEAR TOOTHPASTE*
_____ 1.90  DENTURE BATH
_____ 3.50  FRESH-BRITE DENTURE CREAM*
_____ 1.50  HERITAGE MOUTHWASH*
_____ .10  ANTI-SHANK TOOTHBRUSH

**DEODORANT ITEMS: LIMIT ONE (1) ITEM**
_____ 2.10  POWER UP 3 ROLL ON DEODORANT*

**SOAP: LIMIT ONE (1) TOTAL**
_____ .45  FRESHSCENT SOAP

**SKIN CARE: LIMIT (1)**
_____ .95  OCEAN CLEAR COCOA BUTTER LOTION *

---

**ALL SALES ARE FINAL!**

**SLIPS WILL BE TURNED INTO THE SPECIAL HOUSING UNIT
OFFICER BY 10:00 PM ON TUESDAY!!!!!!!!**

**ALL SALES ARE FINAL!**

THE ITEMS THAT ARE FOLLOWED BY * MAY NOT BE TRANSFERRED
TO OTHER INSTITUTIONS.

ONE LIST WILL BE UTILIZED FOR BOTH ADMINISTRATIVE
DETENTION AND DISCIPLINARY SEGREGATION INMATES.

JOE COAKLEY, WARDEN

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 9, 2014

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MID-ATLANTIC REGIONAL OFFICE

TO  : SALIH W LUTFI, 15450-021
      BECKLEY FCI     UNT: CAMP GP    QTR: Z02-014UAD
      P.O. BOX 1280
      BEAVER, WV 25813


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 797433-R1       REGIONAL APPEAL
DATE RECEIVED   : OCTOBER 7, 2014
SUBJECT 1       : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU RAISE MORE THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE
                 THAN ONE INCIDENT REPORT (INCIDENT NUMBER).   YOU MUST
                 FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE
                 OR INCIDENT REPORT YOU WANT ADDRESSED.

REJECT REASON 3: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE
                 LETTER-SIZE (8.5 X 11) PAPER.  TEXT ON ONE SIDE.  THE
                 TEXT MUST BE LEGIBLE.

REJECT REASON 4: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

1st
ISSUE

Sensitive  in  Nature

Assault incident 4 pages (1.)
Total

To: Whom it May Concern;                    9-23-14

CORRECTION
(Here's Name)
"Lagowski",
not "Lagwinski"

On Sept 7th 2014 I documented these issues but I
did not know whom to give it to. I was afraid of
reprisal. But today, I spoke with another inmate
and he suggested that I write to you. So....

On Sept 7th 2014 after breakfast officer Harvey
turned on our cell light to let us know that we had
to move. So, I waited a little while no-one came
back. So, I pushed the button in the room. Officer
Lagwinski came. I asked him could I speak to the
Lt.. He said," in about 30 min's the Lt. will be
here."

Lt. Phelps did come, but only to move the inmate
out of 24 cell to 1 cell. Those cells are directly
across from each other. Then they all left immed
iately, as I was yelling for the Lt..

Before I go any further, let me explain
this ... Staff have a 21 day move system,
that they don't follow. Inmates are suppose
to be moved every 21 days. Going back to
Sept 7th 2014, a few days before. I was
moved from cell 23 to cell 18. A few days
after that move Officer Ball asked me
if I mind moving to cell 22 with
inmate Marcus Miller? I said "if you
all need me to." M. Miller and his then

Assault incident          (Written copies)
                           Continued  (2)

bunky McMillion were not getting along. So, they wanted me
to move with Miller. I asked, "Now this starts my 21 days over?"
Ball and the other officer both said, "yes." I won't have to move
again until then. I packed and was moved to 32 cell.

   After a few days they wanted us to move again. Because M. Miller's
21 days was up, so I had to move with him. So, at this point
I asked to see the Lt. Records will show that only myself have
been moved around so much. It's harrassment!

   Now back to my issues... Lt. Phelps and crew leave after
moving that guy "Mike" from 24 cell to 1 cell. Not long after
that, officer Burdette followed by officer Harvey came to
our cell door. I immediately ask Burdette, "where is the
Lt.?" He said, "what do you NEED the Lt. for?" I explained
what Ball had told me and Harvey who was standing
directly behind Burdette said, "If I have to go get the Lt.
I am gonna write you a shot for refusal." I said, "I NEED
to speak to the Lt." Then they both left.

   Then Lt. Phelps came with officers J. Ford, Adkins, Burdette,
Harvey, and James. Lt. Phelps asked me, "why am I refusing to
cuff up?" I said, "I NEVER refused, I just asked to
speak to the Lt." So, he said, "I am giving you a direct
order to cuff up." So, I turned around so he could cuff me.
Next, my bunky was cuffed M. Miller. And we were told
to step to the back of the cell. They opened the door and officer
J. Ford stepped into the cell and as I was turning around
to give him my back. J. Ford violently slapped one of his
hands around the back of my neck. So hard that he pushed me

Written Copy (3)

into the wall. I almost fell down.
Not once did I ever resist. There was no need for "USE OF FORCE." He jacked me up with one hand around the back of my neck and the other hand on my arm. The cameras need to be reviewed from 6:30 a.m. until the time they took me out of the cell 9:45 a.m.. Inmates are suppose to be backed out of the cells. But, if you review the cameras, you will see myself coming out of the cell first, from the front and before off. S. Ford. Because he was pushing me out the cell by my neck. After he roughly took me down the stairs. Officer S. Ford said to me, "all you monkeys need to go back to Africa."
I was taken to the holding room that has two cages in it. Right across from the property room. Off. James unlocked the cage and opened the barred door. Officer S. Ford violently pushed me into the cell into the back wall hitting my shoulder. Then he put both of his hands around my neck and squeezed. I thought that I was about to die. I almost urinated on myself. The whole time Lt. Phelps and officer James are laughing.
They close the door when he is done abusing me and Lt. Phelps gives me a little speech. Then he said, "Now are you gonna move or am I gonna have to put my foot up your ass?" I said, "Yes sir, I never refused to move." So they as they were letting me out of the cage.

Written copy

④

As I was backing out. Officer J. Ford slapped the back of my head real hard and said, "thats a good boy." They all just laughed and then took me to cell 19B.

I was in a state of Shock, I didn't know what to do. I was just scared!

Remedy Sought: Officer J. Ford should be fired.

Lt. Phelps, officer James NEED a Months suspention without pay and for this incident to go into their perminant files.

Submitted By:
Salih W. Lutfi
#15450-021
Salih W. Lutfi

( 2nd incident is adverse Effect of 1st issue.)

( 3 pages ) total       ①

Of Assault            Cont.

2nd issue

(Collateral Damage)

Later that morning of Sept. 7th 2014 right after 10:00 a.m. count. Officer Sweeny (SIS) came and asked me what I NEEDED with Ms Wimbush? The previous day, I had told him that I NEED to speak with her. I told Sweeny that I NEED some BP 8½'s and 9's. He said, "I need to get that from the unit team. I said, "because I want to report this officer putting his hands on me." At the same Exact time officer Burdette, who was Escorting an inmate. Stopped directly behind Sweeny and I said, "go ahead Burdette I am not talking to you." So he proceeded on. Then Sweeny said, "Just see your unit team."

Now either Burdette heard what I said, or Sweeny told him. Either way off. Burdette goes and tries to write me a shot. Because he knows that I am trying to write them up. But his lies want hold up to the truth.

He wrote me a 307 and 113 series shot. Burdette was SENIOR officer that morning. And he does alot of Escorting inmates off the compound.

( Now how is this Senior officer not able to get the time correct to this alleged incident?

(Note: After the cameras were reviewed by my
Staff Rep. Westcott the time Ouellette & Harvey came to
do the move was 09:25 a.m. 9:45 a.m. was the
time Lt. Phelps & company came.

②

Cameras will show that he is lying. Also,
no officer moves an inmate by himself. What
about officer Harvey? And the fact that I
had a roommate as well?

541.5 Dicipline process. (4th paragraph)
States description of incident should contain
all facts known by the employee. The
reporting employee also lists persons (staff,
inmates, others) at the scene. And the
report reflects any action taken, including
"use of force."

So, why is none of that information
in the report?

Also, the description of the incident
provides the inmate with specific evidence
for which he/she may prepare a defense.

How can I prepare a defense if
he does not follow policy?

Another lie he told, was that he said
he found," a brown bag with commissary
that had inmate Lutti's name and
regulation number on it."

Now Sir, please contact commissary.

2nd incident
Collateral Damage

(Written Copy
Continued
3.)

There is no items purchased in the Sttll. that has inmates Name, let alone Register # on it. None at all, that comes with <u>both</u>, Not EVEN ONE!

So, you can see that he told a bold face lie and I am afraid of him. Because he is vicious, aint no telling what he may do. All the stuff that goes on here is truely shameful and out of control. I fear for my safety here. This letter is so detailed because that very day this happened I wrote all of it down.

Please get the film from that morning Sept. 7th 2014 and review it from that morning around 7:00 a.m. until 9:45 a.m. You will see everything that I have said is exact. Thank You!

*Note: You will also see Burdette stopping behind (B.T.S.) Sweeney trying to listen to what I was saying as he was escorting an inmate.

<u>Remedy Sought</u>: Officer Burdette needs to be fired because he is a lying, dishonest man. Whom cant be trusted.

Respectfully Submitted By;
Salih W. Lutfi.
#15450-021
Salih W. Lutfi

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| rom: | Lutfi, Salih, W. | 15450-021 | S.H.U. | BECKLEY C. |
|------|------------------|-----------|--------|-----------|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST** My reason for forwarding this complaint to you is, honestly I don't feel safe here. I fear, fear of reprisal. I've seen it many times & experienced it. Its especially done to blacks. Staff very bias, Caucasians get the better treatment here, better jobs, better everything. There is no room for advancement for a black man here. You can just pick a few african american inmates at random. And they all will tell you the same. For example, somewhere around the beginning of this year. This white guy Gary stole all this black guys commissary. The black guy went to confront him about it and they end up fighting. The result, the black guy got skipped and the white guy Gary was allowed to come back to the camp. Another example inmate Wesley who is black got jumped by his white bunky. They fought and Wesley got skipped and the other guy was allowed to come back to the camp. Another incident was with Billy (white) who told this black guy with one leg in the T.V. Room that this T.V. is for white people. So they fought, and Billy got to come back, but the black guy got skipped. Also in the S.H.U. on 9-12-14 at 3:00 p.m. the Lt. gased Dennison (Black) who had been on a hunger strike for 4 days. Dennison had passed out and medical was not called rather the gas. About a month ago this white guy was on a hunger strike and passed out in the S.H.U. + medical was called for him immediately. But Dennison who was unresponsive was gased and it was not filmed. Maybe you can ask for the records and you will see what is going on here at Beckley. They are violating BOP policy and my constitutional rights. Specifically my due process.

| 9-23-14 | (SEE Attachments)(3) pages | Salih W. Lutfi #15450-021 |
|---------|-----|-----|
| DATE | (Remedy)(page3) | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

Received

OCT 0 7 2014

Mid-Atlantic Regional Office

| DATE | | WARDEN OR REGIONAL DIRECTOR |
|------|--|------------------------------|

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE** CASE NUMBER: 797433-R1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|--|----------------------------------|----------|------|-------------|

SUBJECT: _____

| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) | BP-229(13) APRIL 1982 |
|------|--------------------------------------|-----------------------|

DEAR CLERK;                                        1-29-15

    Hello, my name is <u>Salih W. Lutfi #15450-021</u>
Unfortunately, the staff here are very hostile and
stop our mail from going out. So, I had to use
another inmate to send this to you.
    Also, for a month now I've tried to get
my unit team to fill out the "CERTIFICATE"
they are mad at me for previous grievances
filed against them. I've waited a month
trying to get it done, but they will not due
it.

( I have given you authority to RECIEVE
any information NEEDED from my account
at this institution. )

( <u>Note:</u> I am awaiting transfer, so I will
write you once I'm at my new address.
No NEED to send me back anything here,
not sure if I'll get it anyways. )

    Thank You!!

( P.S. Enclosed are (3)
different lawsuits )

Sincerely;
Salih W. Lutfi
#15450-021
Salih W. Lutfi

Soren Holley 48397-007
Beckley
Federal Correctional Institution
P.O. Box 350
Beaver, WV 25813

Legal
Mail

U.S. POSTAGE
PAID
BECKLEY, WV
25813
FEB 20 '15
AMOUNT
$0.00
0001166-02

25801

Clerk, United States District Court
110 North Heber St. Room 119
Beckley, WV 25801

PRIORITY MAIL

TRACKED ★★★
INSURED

UNITED STATES
POSTAL SERVICE®
USPS TRACKING #

R Aug 2013
-000-0669