IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

SALIH WASIM LUTFI,

          Plaintiff,

v.                                        CIVIL ACTION NO.   5:15-cv-02065

J. FORD, et al.,

          Defendants.

## JUDGMENT ORDER

In accordance with the accompanying *Memorandum Opinion and Order* dismissing the Plaintiff's *Complaint*, the Court **ORDERS** that judgment be entered accordingly and that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

                                              ENTER:      March 18, 2015

                                              IRENE C. BERGER
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF WEST VIRGINIA